

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2014

No. 04-13-00191-CR

Cesar A. **SALCEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1545-CR
William Old, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Justice
     Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice

The Appellant's motion for extension of time to file the Motion for Rehearing is GRANTED. Time is extended to May 2, 2014.

**PER CURIAM**

ATTESTED TO: _____
     Keith E. Hottle
     Clerk of Court